U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2005 JUN 17 PM 4 12

CLERK
BY
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| PHW Construction, Inc.<br>Plaintiff<br>v.<br>Steven King and<br>Ceci King<br>Defendants | Civil Action<br>File No. 2:05-cv-170 |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2005 JUN 17 PM 4 12
CLERK
DEPUTY CLERK

**NOTICE OF REMOVAL TO FEDERAL COURT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT:

Defendants Steven King and Ceci King ("Defendants"), by and through their attorneys, hereby file this Notice of Removal and, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, remove this civil action to this Court from the Superior Court of the State of Vermont for the County of Washington, and, pursuant to 28 U.S.C. §1446(a), provide the following statement of the grounds for removal:

1. A civil action captioned PHW Construction, Inc. v. Steven King and Ceci King, was commenced by Plaintiffs PHW Construction, Inc. ("Plaintiffs") in the Superior Court of the State of Vermont for the County of Washington on or about April 1, 2005. The defendants are Steven King and Ceci King.

PAUL FRANK + COLLINS P.C.
ATTORNEYS AT LAW
BURLINGTON, VERMONT
PLATTSBURGH, NEW YORK

2. The Defendants first received a copy of the Summons and Verified Complaint in this action on May 20, 2005. At the time of filing this Notice of Removal, Defendants have not been served. Copies of the Summons and Complaint are attached hereto as Exhibit 1 and incorporated herein by reference. This Notice of Removal is filed within thirty (30) days of the receipt by Defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief. Removal is therefore timely pursuant to 28 U.S.C. §1446(b).

3. All defendants, by the signature of their counsel below, consent to and join in this Notice of Removal.

4. As required by 28 U.S.C. §1441(b), none of the parties joined as Defendants in the Complaint is a citizen of the State of Vermont.

5. The Superior Court of Washington County, State of Vermont, is a state court within this judicial district.

6. This is a civil action within the meaning of the Acts of Congress relating to removal of actions.

7. This case is properly removable pursuant to 28 U.S.C. §§1441(a) and (b) because the United States District Court has original jurisdiction under 28 U.S.C. §§1332(a) and (c).

8. The United States District Court has original jurisdiction under 28 U.S.C. §1332 which provides as follows:

> Section 1332. Diversity of citizenship; amount in controversy; costs
> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
>
> * * *
>
> (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties

PAUL FRANK + COLLINS P.C.
ATTORNEYS AT LAW
BURLINGTON, VERMONT
PLATTSBURGH, NEW YORK

**Diversity Jurisdiction**

9. This action is between citizens of different states.

10. Upon information and belief, and based on the allegations in the Complaint, Plaintiff is a corporation organized and existing under the laws of the State of Vermont with their principal place of business in Vermont. (Exhibit 1, Complaint, at 7). Accordingly, at the time Plaintiff commenced this action and at the time of filing this Notice of Removal, Plaintiff was a citizen of Vermont. *See* 28 U.S.C. §1332(c)(1).

11. Defendants Steven and Ceci King are residents of Massachusetts.[1] Accordingly at the time Plaintiff commenced this action and at the time of filing this Notice of Removal, Defendants were Massachusetts citizens.

**Amount in Controversy**

12. Upon information and belief, based upon the allegations in the Complaint, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff alleges in the Complaint that Defendants have not paid Plaintiff $161,230.58 due per the contract. (Ex. 1, Complaint, 49). Additionally, Plaintiff alleges that Defendants should pay punitive damages. (Ex. 1, Complaint, 59). The damages sought by Plaintiff are in excess of the jurisdictional minimum of $75,000.

13. Pursuant to 28 U.S.C. 1446(d), promptly after the filing of this Notice, written notice of the filing will be given to Plaintiff and a copy of this Notice will be filed with the Clerk of the Superior Court of Washington County, Vermont.

14. This case is removed without waiver of any defense that may be available to Defendants, specifically including, without limitation, defenses related to personal jurisdiction over any Defendant, service of process upon any Defendant, the absence of venue in this Court or in

PAUL FRANK + COLLINS P.C.
ATTORNEYS AT LAW
BURLINGTON, VERMONT
PLATTSBURGH, NEW YORK

the court from which this action has been removed, and no Defendant hereby acknowledges or waives service of process.

WHEREFORE, Defendants respectfully request that the above-captioned action now pending in the Superior Court of Washington County, Vermont, be removed to this the United States District Court for the District of Vermont.

DATED at Burlington, Vermont this 17th day of June, 2005.

By: ________________________

Mark G. Hall, Esq.
PAUL FRANK + COLLINS, P.C.
One Church Street
P.O. Box 1307
Burlington, Vermont 05402-1307
Tel: 802.658.2311
Federal Bar ID No. 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
Attorneys for Steven King
and Ceci King

cc: Lauren S. Kolitch, Esq.
502 Mikhal Drive
Waitsfield, Vermont 05673
Tel: 802.496.2081

427490_v1: 8323-00001

PAUL FRANK + COLLINS P.C.
ATTORNEYS AT LAW
BURLINGTON, VERMONT
PLATTSBURGH, NEW YORK

[1] The complaint erroneously states that the Kings are residents of Vermont.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| PHW Construction, Inc.<br>Plaintiff<br>v.<br>Steven King and<br>Ceci King<br>Defendants | Civil Action<br>File No. ____________ |

## CERTIFICATE OF SERVICE

I, Mark G. Hall, Esq., hereby certify that I am a member of the law firm of Paul Frank + Collins, P.C., and that on the 17th day of April 2005, I served true and correct copies of *Defendants' Notice of Removal* and *Notice of Filing Notice of Removal*, by placing same in the U.S. Mail, First-Class, postage prepaid, upon the following person as follows: Lauren S. Kolitch, Esq., 502 Mikhal Drive, Waitsfield, Vermont, 05673.

DATED at Burlington, Vermont, this 17th day of June, 2005.

By: ________________________
Mark G. Hall, Esq.
PAUL FRANK + COLLINS, P.C.
One Church Street
P.O. Box 1307
Burlington, Vermont 05402-1307
Tel: 802.658.2311
Federal Bar ID No. 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
Attorneys for Steven King
and Ceci King

cc: Lauren S. Kolitch, Esq.
502 Mikhal Drive
Waitsfield, Vermont 05673
Tel: 802.496.2081